UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANNE ROBERTA ADENIJI,

    Plaintiff,

v.                                                                                  Case No.: 3:12-cv-763-J-20TEM

CITY OF JACKSONVILLE VICTIM SERVICE
CENTER, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation (Dkt. 10) addressing Plaintiff's Amended Complaint (Dkt. 8) and Plaintiff's request to proceed *in forma pauperis*, contained in the Amended Affidavit of Indigency (Dkt. 9). The Magistrate Judge's Report and Recommendation throughly explained the background of this action, and recommended this case be dismissed for Plaintiff's failure to adequately allege a cause of action.

Thereafter, Plaintiff filed a Notice of Appeal (Dkt. 11) as to the Report and Recommendation, and an Affidavit of Indigency (Dkt. 12). Following these pleadings, this Court advised Plaintiff of the proper way to appeal the Report and Recommendation, and advised her that she could voluntarily dismissal of her appeal. (Dkt. 13). Plaintiff, thereafter, filed additional pleadings (Dkts 14, 15, and 16). On November 7, 2012, the Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction. (Dkt. 17).

Accordingly, this matter is properly before this Court for a review of the Magistrate Judge's Report and Recommendation (Dkt. 10). This Court will construe Plaintiff's additional filings (Dkts. 11, 12, 14, 15, and 16) as Objections to this Report and Recommendation. Because of these

objections, this Court has reviewed, *de novo*, Plaintiff's Amended Complaint (Dkt. 8) request to proceed *in forma pauperis* (Dkt. 9). Following that review, this Court determines the Report and Recommendation should be adopted in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is **ADOPTED**;

2. Plaintiff's request to proceed *in forma pauperis*, contained in the Amended Affidavit of Indigency (Dkt. 9) is **DENIED**;

3. This case is **DISMISSED without prejudice**;

4. Plaintiff shall have fourteen (14) days from the date of this Order in which to file an Second Amended Complaint that complies with the Federal Rules of Civil Procedure; and

4. The Clerk is directed to terminate all pending motions.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of December, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Diane Roberta Adeniji, *Pro se*